UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 29127
   RONALD B THOMPSON
                                                CHAPTER 13

                                                JUDGE: A BENJAMIN GOLDGAR

         Debtor
  SSN XXX-XX-0527

--------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
    The case was filed on 08/05/2004 and was confirmed 10/05/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 10/07/2008.
--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROUNDUP FUNDING LLC | SECURED | 2515.82 | 75.11 | 2515.82 |
| CHASE MANHATTAN MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE MANHATTAN MORTGAGE | MORTGAGE ARRE | 3211.39 | .00 | 3211.39 |
| CHASE HOME MORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1809.06 | .00 | 1809.06 |
| ALL FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ROSA GALVEN SILVA MD | UNSECURED | 716.79 | .00 | 716.79 |
| ASSET ACCEPTANCE CORP | UNSECURED | 2010.82 | .00 | 2010.82 |
| ATLANTIC LOAN COMPANY | UNSECURED | NOT FILED | .00 | .00 |
| ATLANTIC LOAN COMPANY | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA SEARS | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA SEARS | UNSECURED | NOT FILED | .00 | .00 |
| SEARS | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| COLL REC BUR | UNSECURED | 299.44 | .00 | 299.44 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED COLLECTION S | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | 4186.60 | .00 | 4186.60 |
| JENNINGS LAW FIRM | UNSECURED | NOT FILED | .00 | .00 |
| MCMAHAN & SIGUNICK LTD | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYST | UNSECURED | NOT FILED | .00 | .00 |
| ONE IRON VENTURE | UNSECURED | NOT FILED | .00 | .00 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| RICHARD S GRENVICH . | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1892.96 | .00 | 1892.96 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3529.51 | .00 | 3529.51 |
| NICOR GAS | UNSECURED | 439.49 | .00 | 439.49 |
| AMERICREDIT | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 190.35 | .00 | 190.35 |
| GREENBERG & ASSOC | REIMBURSEMENT | 40.00 | .00 | 40.00 |

PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 29127 RONALD B THOMPSON

| | | | |
|---|---|---|---|
| GREENBERG & ASSOC | DEBTOR ATTY | 2,870.00 | 2,870.00 |
| TOM VAUGHN | TRUSTEE | | 1,523.34 |
| DEBTOR REFUND | REFUND | | .00 |

### Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|

--------------------------------------------------------------------------------

| | | |
|---|---|---|
| TRUSTEE | 25,310.68 | |
| | | |
| PRIORITY | | 1,849.06 |
| SECURED | | 5,727.21 |
| INTEREST | | 75.11 |
| UNSECURED | | 13,265.96 |
| ADMINISTRATIVE | | 2,870.00 |
| TRUSTEE COMPENSATION | | 1,523.34 |
| DEBTOR REFUND | | .00 |
| | --------------- | --------------- |
| TOTALS | 25,310.68 | 25,310.68 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/28/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE